IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BROOKE WHORLEY, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 3:20cv255–HEH
)
RALPH S. NORTHAM, *et al.* )
)
Defendants. )

## MEMORANDUM ORDER

This action arises out of the myriad challenges posed by the novel coronavirus ("COVID-19"). The Court is mindful of the significant strains the COVID-19 crisis has placed on resources and personnel across the Commonwealth of Virginia and United States, as well as the need for an expeditious resolution in this case.

This matter was filed by plaintiff-inmates at Virginia correctional facilities against a variety of state officials on April 8, 2020, alleging violations of their Eighth and Fourteenth Amendment rights (ECF No. 1). Due to the virility of COVID-19, and the immediacy required by the circumstances, counsel for the parties cooperated to perfect service. Pursuant to Federal Rule of Civil Procedure 4(*l*)(1), Defendants filed a Notice of Acceptance of Service on Process on April 13, 2020, recognizing their acceptance of service of process by electronic means (ECF No. 4).

On April 13, 2020, the Court held a preliminary conference call, during which counsel for the parties agreed that, to the extent possible, they would attempt to resolve

the issues in this matter independently and without litigation. Counsel for the parties further agreed to engage in mediation, if necessary.

Accordingly, the Court SUSPENDS the deadlines in this case for fourteen (14) days in order for the parties to have an opportunity to come to a resolution. If counsel later feel that they are making substantial progress, the Court will continue the suspension of the deadlines.

The Clerk is directed to send a copy of this Memorandum Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 13, 2020
Richmond, Virginia