IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BROOKE WHORLEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:20cv255–HEH |
| ) | |
| RALPH S. NORTHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
(Referring Case for Mediation)

THIS MATTER is before the Court on its own initiative. On April 17, 2020, the Court held a conference call to determine the status of the parties' negotiations in this case, if any. During the call, counsel for the parties indicated that they desired to engage in mediation. Thus, upon due consideration and it appearing appropriate to do so, it is hereby ORDERED that this case is REFERRED to United States District Judge David J. Novak for mediation. The suspension of deadlines previously set by the Court is CONTINUED until such time as mediation is completed.

The Clerk is directed to send a copy of this Order to all counsel of record and Judge Novak.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: April 20, 2020
Richmond, Virginia