IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BROOKE WHORLEY, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00255-HEH |
| ) | |
| ) | |
| RALPH NORTHAM, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**[PROPOSED] ORDER OF DISMISSAL**

For good cause shown, and in consideration of the Parties' Joint Motion to Dismiss and Retain Jurisdiction, the Court hereby GRANTS the Joint Motion and conditionally dismisses the above-titled action with prejudice under Federal Rule of Civil Procedure 41(a)(2). In accordance with the Settlement Agreement, which was filed with this Court as Exhibit A to Parties' Joint Motion, the Court specifically retains jurisdiction for the purpose of enforcing the Settlement Agreement in accordance with its term, pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994).

It is **SO ORDERED** on this _____ day of _____, 2020.

_____
United States District Judge