May 11, 2020

To: United States District Court, Eastern District-Virginia

From:  **Conrad Burke #1201550**
**Deerfield Correctional Center**
**21360 Deerfield Rd.**
**Capron, VA  23829**

Attention: Clerk of Court

Please forward a copy of **complaint number 3:20CV255, Whorley vs. Northam** and others filed by Elliott Harding, to me, Conrad Burke at above address at your earliest convenience. I have enclosed a money order for copy and mailing fees. Thank you for your time in sending out my request.

Regards,
Conrad Burke

*Mailed 5/20/20 KBH*