**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**BROOKE WHORLEY**, *et al.*,

    **Plaintiffs,**

v.                                           Case No. 3:20-cv-255

**RALPH S. NORTHAM**, *et al.*,

    **Defendants.**

## STATUS REPORT

COME NOW Defendants Ralph Northam, *et al.,* by counsel, and pursuant to the Stipulated Settlement Agreement between the parties (ECF No. 11-1), provides the following status report to the Court:

1.    Pursuant to Part 3(a)(vii)(1) of the Settlement Agreement, Defendants report that VDOC substantively reviewed 111 inmates for possible release under the *Early Release Plan* during the week of May 17 through May 23, 2020. The total number of inmates VDOC has reviewed, to date, is 533.

2.    Pursuant to Part 3(a)(vii)(2) of the Settlement Agreement, Defendants report that, of the 111 inmates reviewed during the week of May 17 through May 23, 2020, VDOC approved 95 of those inmates for Early Release. The total number of inmates approved, to date, is 435.

3.    Pursuant to Part 3(a)(viii)(3) of the Settlement Agreement, Defendants report that, of the 111 inmates reviewed during the week of May 17 through May 23, 2020, VDOC denied Early Release for 16 of those inmates. The total number of inmates denied, to date, is 77.

4.      Pursuant to Part 3(e) of the Settlement Agreement, Defendants report that 4,218 inmates were tested for COVID-19 during the week of May 17 through May 23, 2020. The total number of VDOC inmates tested, to date, is 11,198.

          Respectfully submitted,

          RALPH S. NORTHAM, BRIAN J. MORAN, HAROLD CLARKE, DONALD WILMOUTH, RICK WHITE, THOMAS MEYER, TIKKI HICKS, RODNEY YOUNCE, TRACY RAY, ERIC ALDRIDGE, DANA RATLIFFE-WAKLER, TORI RAIFORD, TAMMY WILLIAMS, JOSEPH BATEMAN, and PHILIP WHITE, Defendants.

By:     /s/
          Margaret Hoehl O'Shea, AAG, VSB #66611
          Criminal Justice & Public Safety Division
          Office of the Attorney General
          202 North 9th Street
          Richmond, Virginia 23219
          (804) 225-2206
          (804) 786-4239 (Fax)
          Email: moshea@oag.state.va.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May, 2020, I electronically filed the foregoing Status Report with the Clerk of the Court using the CM/ECF system which will provide notification of such filing to the following:

    Elliott M. Harding, Esq. (VSB #90442)
    HARDING COUNSEL, PLLC
    608 Elizabeth Avenue
    Charlottesville, VA  22909
    434-962-8465
    HardingCounsel@gmail.com

    Eden Heilman Date
    Vishal Agraharkar
    Nicole Tortoriello
    Jennifer Safstrom
    ACLU FOUNDATION OF VIRGINIA
    701 E. Franklin St., Suite 1412
    Richmond, VA 23219
    Tel: (804) 523-2152
    Email: eheilman@acluva.org
    vagraharkar@acluva.org
    ntortoriello@acluva.org
    jsafstrom@acluva.org

    *Counsel for the Plaintiffs*

And I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:  N/A


    By:        /s/
           Margaret Hoehl O'Shea, AAG, VSB #66611
           Criminal Justice & Public Safety Division
           Office of the Attorney General
           202 North 9th Street
           Richmond, Virginia 23219
           (804) 225-2206
           (804) 786-4239 (Fax)
           Email: moshea@oag.state.va.us