Clerk,
United States District Court
For the Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

RECEIVED
JUN 24 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: Docket Sheet for Civil Action No. 3:20CV255

Dear Sir/Ma'am:

Will you please be so kind to send me a docket sheet for the case cited above so that I may order copies of documents and identify counsel to possibly contact. Additionally will you send me ordering information to include cost and how to address the money order.

Thank you! Your time and assistance is most truly apprichiated.

Eric B. Saub #1725359
C/O Sussex II State Prison
24427 Musselwhite Dr.
Waverly, VA 23891-2222