Pg 1 of 2

LARRY TAYLOR                    3:20cv00255
1098788
17320 New Kent Hwy
Barhamsville, VA. 23011

Clerk's OFFICE
United STATES DiSTRiCT Court
701 East Broad Street,
        Suite 3000

Dear Deputy Clerk,

Thank you For your letter OF June 18, 2020

I am Request any and all Copies OF
the agreement with Attorney Elliott
Harding and the ACLU agreement on
behalf of the Inmates Settle In Court

Please Forward me the agreement ASAP
Reference Against The Department OF
Correction effective to CoviD-19

RECEIVED
1 2 4 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Pg 2002

Thank you so much Deputy Clerk
For your time in this matter.


Sincerely,
Larry Taylor
1098788
17320 New Kent Hwy
Barhamsville, VA. 23011