IN THE UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BROOKE WHORLEY, | ) |
| MICHAEL SULLIVAN, | ) |
| GALE JONES, | ) |
| ALONZO WILLIAMS, | ) |
| DA'VON WALKER, | ) |
| DWIGHT HORTON, | ) |
| FRANK FAIRCHILD | ) |
| CANDACE BLANKENSHIP, | ) |
| BRENDA VAN EMMENIS, | ) |
| OLIVIA IVASHIN, | ) |
| ENNIS STEWART, | ) |
| LARTAIJA BANKS, | ) |
| MATTHEW MOSHER, | ) |
| BRUCE HARRIS JR., | ) |
| JOHNATHAN MCMILLAN, | ) |
| MILTON WILLIAMS, SR., | ) |
| TIMOTHY BRUMMETT, | ) |
| ANTHONY VICKS, | ) |
| WARREN BROOKS, | ) |
| JESSE DAVENPORT, | ) |
| WARREN MEDLEY-GREEN | ) |
| LAROG TROWELL, | ) |
| BENJAMEN FYFE, | ) |
| ANTONIO PERRYELL, | ) |
| DONNIE OFFENBACKER, | ) |
| FELIPE FRANCO, and | ) |
| COURTNEY STROBLE; | ) |
| | ) Case No. 3:20-cv-255 |
| *Plaintiffs* | ) |
| | ) |
| v. | ) |
| | ) |
| RALPH S. NORTHAM, | ) |
| BRIAN J. MORAN, | ) |
| HAROLD CLARKE, | ) |
| DONALD WILMOUTH, | ) |
| RICK WHITE, | ) |
| THOMAS MEYER, | ) |
| TIKKI HICKS, | ) |
| RODNEY YOUNCE, | ) |
| TRACY RAY, | ) |
| ERIC ALDRIDGE, | ) |
| DANA RATLIFFE-WALKER, | ) |

| | |
|---|---|
| TORI RAIFORD, | ) |
| TAMMY WILLIAMS | ) |
| JOSEPH BATEMAN | ) |
| PHILLIP WHITE | ) |
| *Defendants* | ) |

## ORDER GRANTING LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

This cause has come before the Court upon Plaintiffs' motion seeking to withdraw Jennifer Safstrom of the American Civil Liberties Union Foundation of Virginia as counsel in this case. Having reviewed the motion and accompanying memorandum in support, this Court hereby ORDERS that the motion be hereby GRANTED.

Attorney Jennifer Safstrom shall be and is hereby withdrawn as counsel of record for Plaintiffs, who will continue to be represented by the remaining attorneys of record.

It is so ordered.

Dated: June 24, 2020

/s/
Henry E. Hudson
Senior United States District Judge