IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



BROOKE WHORLEY, *et al.*,
    Plaintiffs,

v.                                   Civil No. 3:20cv255 (DJN)

RALPH S. NORTHAM, *et al.*,
    Defendants.

## ORDER

This matter comes before the Court on receipt of the attached letter from an inmate at a Virginia Department of Corrections facility (the "Letter"). The Court hereby DIRECTS the Clerk to file the Letter as a separate entry on the docket and distribute a copy to all counsel of record.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                           /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Dated: July 2, 2020