**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**BROOKE WHORLEY,** *et al.***,**

       **Plaintiffs,**

**v.**                                                                                   **Case No.  3:20-cv-255**

**RALPH S. NORTHAM,** *et al.***,**

       **Defendants.**

## STATUS REPORT

COME NOW Defendants Ralph Northam, *et al.,* by counsel, and pursuant to the Stipulated Settlement Agreement between the parties (ECF No. 11-1), provides the following status report to the Court:

1.      Pursuant to Part 3(a)(vii)(1) of the Settlement Agreement, Defendants report that VDOC substantively reviewed 30 inmates for possible release under the *Early Release Plan* during the week of June 27 through July 4, 2020.  The total number of inmates VDOC has reviewed, to date, is 825.

2.      Pursuant to Part 3(a)(vii)(2) of the Settlement Agreement, Defendants report that, of the 30 inmates reviewed during the week of June 27 through July 4, 2020, VDOC approved 20 of those inmates for Early Release.  The total number of inmates approved, to date, is 657.

3.      Pursuant to Part 3(a)(viii)(3) of the Settlement Agreement, Defendants report that, of the 30 inmates reviewed during the week of June 27 through July 4, 2020, VDOC denied Early Release for 10 of those inmates.  The total number of inmates denied, to date, is 147.

4.      Pursuant to Part 3(e) of the Settlement Agreement, Defendants report that

approximately 1848 inmates were tested for COVID-19 during the week of June 27 through July

4, 2020.  The total number of VDOC inmates tested, to date, is approximately 22,859.

Respectfully submitted,

RALPH S. NORTHAM, BRIAN J. MORAN,
HAROLD CLARKE, DONALD WILMOUTH,
RICK WHITE, THOMAS MEYER, TIKKI
HICKS, RODNEY YOUNCE, TRACY RAY,
ERIC ALDRIDGE, DANA RATLIFFE-WAKLER,
TORI RAIFORD, TAMMY WILLIAMS, JOSEPH
BATEMAN, and PHILIP WHITE, Defendants.

By:      _____/s/_____
Margaret Hoehl O'Shea, AAG, VSB #66611
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206
(804) 786-4239 (Fax)
Email: moshea@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2020, I electronically filed the foregoing

Status Report with the Clerk of the Court using the CM/ECF system which will provide

notification of such filing to the following:

       Elliott M. Harding, Esq. (VSB #90442)
       HARDING COUNSEL, PLLC
       608 Elizabeth Avenue
       Charlottesville, VA  22909
       434-962-8465
       HardingCounsel@gmail.com

       Eden Heilman Date
       Vishal Agraharkar
       Nicole Tortoriello
       Jennifer Safstrom
       ACLU FOUNDATION OF VIRGINIA
       701 E. Franklin St., Suite 1412
       Richmond, VA 23219
       Tel: (804) 523-2152
       Email: eheilman@acluva.org
       vagraharkar@acluva.org
       ntortoriello@acluva.org
       jsafstrom@acluva.org

       *Counsel for the Plaintiffs*

And I hereby certify that I have mailed by United States Postal Service the documents to the

following non-CM/ECF participants:  N/A

       By:         /s/
           Margaret Hoehl O'Shea, AAG, VSB #66611
           Criminal Justice & Public Safety Division
           Office of the Attorney General
           202 North 9th Street
           Richmond, Virginia 23219
           (804) 225-2206
           (804) 786-4239 (Fax)
           Email: moshea@oag.state.va.us