IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BROOKE WHORLEY, *et al.*,
    Plaintiffs,

v.                                 Civil No. 3:20cv255 (DJN)

RALPH S. NORTHAM, *et al.*,
    Defendants.

**ORDER**

This matter comes before the Court on the Request to Mediate Dispute (ECF No. 33) filed by Joshua Moseley, an inmate at a Virginia Department of Corrections facility. Because the final settlement agreement in this matter does not authorize the Court to mediate individual inmate disputes, the Court hereby DENIES the Request (ECF No. 33). The Court hereby DIRECTS the Clerk to forward a copy of Mr. Moseley's Request (ECF No. 33) to Plaintiffs' counsel to determine whether the issues raised in the Request constitute a violation of the final settlement agreement that may be mediated through the procedures outlined in the agreement.

Let the Clerk file a copy of this Order electronically, notify all counsel of record and mail a copy to Mr. Moseley at the address provided in his Request.

It is so ORDERED.

                                                                    /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated: July 29, 2020