Re: Covid-19 Lawsuit settlement

Dear Hon. Henry Hudson    3:20cv255    AUG -5

After some Hesitation I decided to write you a letter after reading the lawsuit settlement that was filed by Attorney Elliott Harding and the ACLU on behalf of Virginia inmates, due to Covid-19. I understand that part of the lawsuit required consideration of older inmates being released if they have chronic care health issues that makes them vulnerable to Covid-19.

I am 64 years old and 9 months, have been incarcerated for 24 years on a very questionable Robbery charge from Arlington County, where I first met you at age 17. I only have 7 years remaining on an unfair 35 years sentence, unless the goodtime is restored in the special session this August.

I had already applied for a clemency Petition in August 2014 based upon my actual Innocence, but was denied without a proper investigation, despite very credible evidence. One of the criterias in the lawsuit settlement was inmates who had prior petitions could now request reopening of their petition if they fall under the settlement issues, etc..

Since reading the lawsuit settlement a few months ago I have written the ACLU in Richmond and sent them my medical record showing the underlying cardiac issues among other things; I wrote Mr. Harding, the Parole board, Secretary of the Commonwealth, Governor Northam, and anyone else who may assist me, all to no avail. No one answered my letters.

At 64 years old I have had four Geriatric Parole hearings, with the last denial based upon a false reason, my Appeal was denied without any explanation. I now fall under the new "Fishback" law that was passed last January, which is based on inmates who were sentenced by a Jury between 1995-2000 and the Jury was not informed that Parole was abolished. Last April 22, 2020 the General passed the law to allow those eilgible to immediately began having hearings to get us out the system due to Covid-19. As of this date I still have not heard anything,

And can't even get a response from my letters.

Judge Hudson, my reason for writing you is because you are the presiding judge over the lawsuit and it's settlement. As I can remember, you have always been a stern, but fair man as deputy sheriff, commonwealth attorney, state and federal judge. And as I am told by someone close to me, as Director of U.S. Marshal Service. Therefore as such, I would think that you would expect that the lawsuit settlement that was agreed upon, and that you signed, would be followed as agreed to. Being that it is apparently not being followed, as is evident in my situation, I am merely requesting your intervention and investigation, and atleast inquiry into why I haven't been considered for early release, despite being eligible.

Sir, unfortunately I must write you under these circumstances; however, I very much appreciate your assistance.

Sincerely,
Ronald Miles #1067348
Deep Meadows C.C.
3500 Woods Way
State Farm, VA. 23160

Ronald Miles #1067348
Deep Meadows CC.
3500 Woods Way
State Farm, VA. 23160

RICHMOND VA 230
03 AUG 2020 PM 6 L

RECEIVED
AUG 03 2020
MAIL ROOM

Hon. Henry Hudson, Judge
United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA. 23219-3528

23219-352859

Legal Mail

The VA Dept. of Servicves Has Neither Censored or Inspected This Item and Assumes No Responsibility for its Contents