**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**BROOKE WHORLEY,** *et al.*,

      **Plaintiffs,**

**v.**                                                                                 **Case No. 3:20-cv-255**

**RALPH S. NORTHAM,** *et al.*,

      **Defendants.**

## STATUS REPORT

COME NOW Defendants Ralph Northam, *et al.*, by counsel, and pursuant to the Stipulated Settlement Agreement between the parties (ECF No. 11-1), provides the following status report to the Court:

1. Pursuant to Part 3(a)(vii)(1) of the Settlement Agreement, Defendants report that VDOC substantively reviewed 62 inmates for possible release under the *Early Release Plan* during the week of October 10 through October 17, 2020. The total number of inmates VDOC has substantively reviewed, to date, is one-thousand seven-hundred thirty-nine (1,739).

2. Pursuant to Part 3(a)(vii)(2) of the Settlement Agreement, Defendants report that, of the 62 inmates reviewed during the week of October 10 through October 17, 2020, VDOC approved 54 of those inmates for Early Release. The total number of inmates approved, to date, is 1226.[1]

---

[1] An additional 19 inmates were substantively reviewed, but physically released from custody (for other reasons) prior to a final approval decision having been made. VDOC does not include those 19 inmates in the reported number of inmates who were approved for release, but does include those 19 inmates in the number of inmates who were substantively reviewed.

3.       Pursuant to Part 3(a)(viii)(3) of the Settlement Agreement, Defendants report that, of the 62 inmates reviewed during the week of October 10 through October 17, 2020, VDOC denied Early Release for 8 of those inmates. The total number of inmates denied, to date, is 494.

4.       Pursuant to Part 3(e) of the Settlement Agreement, Defendants report that approximately 195 inmates were tested for COVID-19 during the week of October 10 through October 17, 2020. The total number of tests conducted on VDOC inmates, to date, is approximately 39,520.

Respectfully submitted,

RALPH S. NORTHAM, BRIAN J. MORAN, HAROLD CLARKE, DONALD WILMOUTH, RICK WHITE, THOMAS MEYER, TIKKI HICKS, RODNEY YOUNCE, TRACY RAY, ERIC ALDRIDGE, DANA RATLIFFE-WAKLER, TORI RAIFORD, TAMMY WILLIAMS, JOSEPH BATEMAN, and PHILIP WHITE, Defendants.

By:     /s/
Margaret Hoehl O'Shea, AAG, VSB #66611
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206
(804) 786-4239 (Fax)
Email: moshea@oag.state.va.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2020, I electronically filed the foregoing Status Report with the Clerk of the Court using the CM/ECF system which will provide notification of such filing to the following:

    Elliott M. Harding, Esq. (VSB #90442)
    HARDING COUNSEL, PLLC
    608 Elizabeth Avenue
    Charlottesville, VA  22909
    434-962-8465
    HardingCounsel@gmail.com

    Eden Heilman Date
    Vishal Agraharkar
    Nicole Tortoriello
    Jennifer Safstrom
    ACLU FOUNDATION OF VIRGINIA
    701 E. Franklin St., Suite 1412
    Richmond, VA 23219
    Tel: (804) 523-2152
    Email: eheilman@acluva.org
    vagraharkar@acluva.org
    ntortoriello@acluva.org
    jsafstrom@acluva.org

    *Counsel for the Plaintiffs*

And I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants:  N/A

By:     /s/
    Margaret Hoehl O'Shea, AAG, VSB #66611
    Criminal Justice & Public Safety Division
    Office of the Attorney General
    202 North 9th Street
    Richmond, Virginia 23219
    (804) 225-2206
    (804) 786-4239 (Fax)
    Email: moshea@oag.state.va.us