Casel Frank Lucas
Petitioner, Inmate Virginia Dept. of Corrections Haynesville.
VDP# 1080673

v.

Whorley et al V. Northam et al
Case No: 3:20 cv 00255
Stipulated Settlement Agreement

Honorable Judge David Novak
United States District Court
Eastern District of Virginia

30 NOV. 2020

Notice of Substantial NON-Compliance
1.) Complaint of NON Compliance
2.) Complaint of Discrimination against Casel F. Lucas A Disabled Combat Veteran Incarcerated at Haynesville Correctional Center. The IERP Excludes from Language and Implementation of Persons With Disabilities. Which Violates The

A.) Americans With Disabilities Act of 1990 As Amended (42 U.S.C. § 12101 et seq.)

B.) Virginians With Disabilities Act (COV. §51.5-1 et seq)

C.) Dept. of Corrections Policy DOP 801.3 Managing Offenders With Disabilities. Page 4 II Offenders With Disabilities (b) & (c)
(B) Facility staff must ensure that An Individual With Disabilities will not be excluded from participation in or be Denied The Benefits of, the Services, Programs, or Activities of The Facility or be subject to Discrimination.
(C) Reasonable Accommodations must be made for Offenders With Disabilities. Consistent with and is Required by the Americans With Disabilities Act of 1990, As Amended (42 U.S.C. § 12101 et seq) and the Virginians With Disabilities Act (COV. §51.5-1 et seq)

I Am To Be Afforded The Protections Guaranteed All Contained in the Laws of Persons With Disabilities.

Pg. 2.

I HAVE EXHAUSTED All ADMINISTRATIVE REMEDIES Under 42 USC. § 1997e(a)

NON Compliance Violations of The Stipulated Settlement Agreement

(No: 1) Part 3. In Consideration thereof, Defendants Agree to the following.

3.a Early Release Plan

ii Under The Early Release Plan, VDOC is Also Considering An Individuals Health Condition - Along with Available Community Resources when Deciding whether to exercise its Discretion To Release an Inmate Pursuant To the Budget Amendment. By Health Condition "VDOC Specifically Agrees to give Priority Consideration for Approval of Release to those Individuals who Have Health Condition enumerated by Centers for Disease Control and Prevention (CDC) As Being At A Higher Risk of Health Complications if that Individual were to Contract COVID-19.

I Specifically Requested This An was Denied.
I filed Grievances On this And was Told NON-Grievable
And that I DO NOT Meet The Requirements of IERP.
I Am Not 1 year or less.

No Where In this Part of the Early Release Plan 3 a ii Does it State you must be 1 year or Less. This clause is very Specific
"VDOC is also Considering An Individuals Health Conditions." And "VDOC Specifically Agrees To Give Priority Consideration to those Individuals who Have Health Conditions of being at Higher Risk.
I WAS Denied this Consideration of my Current Health Conditions. And was Never Reviewed, Interviewed, or Told I was being Considered because of my Chronic Lung Conditions and Heart Condition, Diabetes, Hypertension.

Grievance's
On 2 June 2020 I filed [HCC-20-INF-01137      HCC-20-INF-01192
Notice for this Grievance  [ Is Directly About my Health
                             Conditions And Asking to be Considered     HCC-20-INF-00559

(NO: 2) NON Compliance Violations of Stipulated Settlement Agreement

On 13 April 2020 I filed Grievance HCC-20-REG-00046 C/O Burns Refused Me dimselt of my Chronic Care Medical Breathing Treatment Require and Prescribed Nebulizer Breathing Machine DUO-Neb.

HCC-20-REG-00046

Violating 3(C) Grievances Part of Stipulated Settlement Agreement Per DOP 801.3 Page 6 2(A) Under No Circumstances will a NON-Health Care Provider Substitute their Judgment for that of the Health CARE Provider.

(NO: 3) NON Compliance Violations of Stipulated Settlement Agreement

On 11 April 2020 I filed Grievance HCC-20-INF-00545 Correctional Officer Refused to wear His Mask During Morning Head Count At 0630 hours PPE Covering.

HCC-20-INF-00545

Violating 3(f) 3(h) 3(i)
3(f) Hygiene and Sanitation
3(h) PPE
3(i) Staffing and housing.

(NO: 4) NON Compliance of Stipulated Settlement Agreement Violations

3(C) Grievances Regarding COVID 19 Policies, Protocols PPE.

3(f) Hygiene and Sanitation

3(h) PPE

3(I) Staffing & Inmate housing

Food Service Area Intentionally Contaminated by Medical Staff, Food Service Staff, Security, Administration.

On 24 April 2020 I filed HCC-20-INF-00706 Inmates Were taken into Food Service That Were COVID 19 Positive and Given Medical Triage, Testings, and Treatments by Medical Staff During The Preperation, During The Actual loading Food onto The Trays, Distribution of the Lunch and Dinner Meals. This was Reckless, Irresponable, and Unprofessional. This Act Put Every One at Risk

(NO:4) NON Compliance Violations of Stipulated Settlement Agreement

I Could not risk eating the Lunch Meal or Dinner Meal I witnessed this. When I was Returning from Medical after my Breathing Treatment, I walked Past the Kitchen Door looked Through the Window of the Door and was Shocked to See the Medical Staff taking Temperatures administering Test etc. All of this in Food Service Area while The Lunch and Dinner Meal were Prepared and Served To Population.

Only After all the Inmates from Building 6 B did Returned to The Housing Unit Was the Kitchen Decontaminated by A Team of Workers in Full Mission Oriented Proctive Posture Decontamination Suites With Breathing Devices. In the Military This is known as MOPP 4.

I was told That my Grievance was and Did Not Personally affect Me. Nor Did it Cause me Personal loss or Harm. To further explain When I Did the Ombudsman Did I Assumed This would happen and Grievances are Based on Facts not Assumptions.

Fact: They Took Infected Inmates Into Food Service The Kitchen During Lunch and Dinner Meals be Prepared and Served to General Population.

Fact: The Kitchen was Not Decontaminated Until After 6th Count

Fact: 24 April 2020 The Infection Rate Went Up & Run.

(NO:4) NON Compliance Violations of Stipulated Settlement Agreement

Fact: The Infection Rate would NOT Have Increased and Spread Throughout the Compound Had the Food Service Staff, Medical Dept., Security Staff, And Administration Had NOT Been Reckless by intentionally Exposing The Food Service Kitchen Employee inmates, Food Service Staff, Food Service Area, And the Lunch and Dinner Meals being Prepared. This Should Have Never Happen, I was Directly Affected by The Facts of What I Witnessed with my EYES I Physically Stood At the Chow Hall DOOR Looked Through The DOOR Window And Witnessed EVERYthing I Have Stated, There is NO Assumption Only Facts. Look at the Infection Rate After 24 April 2020 of Waynesville Correctional Center. Look at 14 Days from 24 April 2020 How Many Inmates from 6B Test Positive During This Incident.

(NO:5) NON Compliance Violations of Stipulated Settlement Agreement

3(A):??
Under Early Release
Plan VDOC is Also
Considering Individual
Health.

On 2 June 2020 I Submitted A DOP 801.3 Medical Reasonable Accommodations Request To Be Considered for Early Release Under The IERP Due to my Chronic Medical Conditions. I was told See my Counselor Ms. Robinson I Did As Told She Told Me If I Think or Believe I Should be Considered for Early Release file an Appeal. I DID So 30 Days Ago No Answer from the WARDEN. On the IERP Appeal.

I filed A Grievance Appeal of the Reasonable Accommodation Request HCC-20-INF-01192 on 24 June 2020 NO ANSWER To Date.

**(NO:5)** NON Compliance of Violations of Stipulated Settlement Agreement

I have exhausted all Administrative Remedies. I will file a Notice of Tort against the Commonwealth of Virginia at The Division of Risk Management with the Commonwealth of Virginia Attorney General's office.

I am a Honorably Discharged Disabled Combat Veteran with Service Connected Disabilities. The Reasonable Accommodation Request To Have me Considered for Early Release Should have Been Granted.

**(NO:6)** NON Compliance Violations of Stipulated Settlement Agreement

3(C) Grievance  On 22 Jun 2020 I filed A Grievance On the Institutional Ombudsman (Grievance Coordinator) Ms. Brown of Her Abused Intake Process on every Grievance And Informal Complaint About Violations of the Stipulated Agreement. She Also Deliberately Hindered The Process by Not Returning The Grievances by there Due Dates And Denying All Intakes of NCC-20-INF-01192, NCC-20-INF-01191, NCC-20-REG-00046, NCC-20-INF-00559, NCC-20-INF-00706, NCC-20-INF-01137, NCC-20-INF-00545.

All Ombudsman The Grievance Coordinators at VDOC Facilities With Written Guidance instructing Them To Prioritize for Review Any Grievance Alleging Delay in Medical Assessment, treatment Related to COVID19 As well As Policies, Protocols, and Such As Deficiencies In Personal Protective Equipment.

The Ombudsman Ms. Brown Has Refused To Address The Issues In the 7 Informal Complaints & Grievances. NO- Corrective Action & NO Favorable Resolution In my Favor

(NO: 6) NON Compliance Violations of Stipulated Settlement Agreement

Ms. Brown Direct interference to Hinder Delay, and NON Directly enforce the COVID 19 Protocols, Procedures, Regulations up Staff. To Directly covering up The Violations of DOC Policies, Federal and State laws.

Especially The Americans with Disabilities Act of 1990 as Amended (42 U.S.C. § 12101 et seq.)

The Virginians with Disabilities Act (COV § 51.5-1 et seq.)

The Dept. of Corrections Policy DOP 801.3 Managing Offenders with Disabilities.

Ms. Brown, NCC Grievance Coordinator And K. Cosby Regional Ombudsman blatantly Told Me That I did not Submit Evidence. Whereas by the Regional Stamp On the Documents. K. Cosby Did NOT READ One page not one informal complaint that I Submitted about this Violations. K. Cosby Help Ms. Brown Illegally Cover up The Violations of COVID 19 Stipulated Agreement, Federal law of ADA, State law VDA (COV § 51.5-1.), DOC Policies of 801.3. Managing Offenders with Disabilities.

(NO: 7) NON Compliance Violations of Stipulated Settlement Agreement

3(b) Conditional Pardons

I Submitted A Conditional Pardon I Clearly MARK This PARDON COVID 19 Due To Chronic Medical Problems.

The Receipt I Have only says I filed Executive Clemency No Mention of COVID 19 & My Medical Issues.

(NO: 8) Non-Compliance of Violations of Stipulated Settlement Agreement

The Inmate Early Release Plan Directly Discriminates Against Me, A Disabled Honorably Discharged Combat Veteran. I have asked for this Discrimination To Stop Through All of the Channels Available To Me.

(A) DOP 801.3 Reasonable Accommodation Request Denied

(B) Through The Grievance Process All Denied Never Once Addressing IERP Discrimination of Disabled Persons.
IERP has no mention of Inmates with Disabilities.

(C) I filed an IERP Appeal To The Warden by Completing The Appeal form. No Answer or Response from Warden Wicks. Hindering my Ability to file an Appeal To Offender Management Services Director James Parks.

The IERP is Bias and Discriminatory in language, Implementation, and Practice. It Violates Federal and State Laws ① Americans with Disabilities Act of 1990 as amended (42 U.S.C. § 12101 et seq.) ② Virginians with Disabilities Act (COV §51.5-1 et seq) and Dept. of Corrections Policy 801.3.

I am a Disabled Combat Veteran, I am a Parole Eligible Inmate, ✓23Dec21 I have been incarcerated Since 1997 in VADOC. 24 years. My Max Sentence Release Date 21 Aug. 2027. The IERP is Highly Discriminatory Against Me An Inmate with 7 years Remaining on my Sentence That I am Currently Parole Eligible for. There is Not One Sentence Written in the IERP To EVEN Consider Someone As myself To Be Fairly Considered.

However the ADA Federal Law, VDA State law, And VADOC Policy 801.3 Provides Guaranteed Protections of Discrimination

(No: 8) NON-Compliance of Violations of Stipulated Settlement Agreement from being Excluded from the Benefits of Participation in or be Denied the Services, Programs, or Activities of the facilities or be Subjected to Discrimination Persons with Disabilities.

I Request That The Court Upholds To The Guaranteed Protections Provide To This Disabled Combat Veteran Entry into IERP And Be Granted EARLY Release Due to my Chronic Conditions with my Lungs, Diabetes, Heart Condition, Hypertension, Asthma, Chronic Bronchitis, Recurrent Upper Respiratory Infections, I take 24 Medications for my other Illnesses which I Suffer to include Mental Health Problems of PTSD, Anxiety, Depression, and Suicidal Ideations. 4 Mental Health Medications. I Am Over 50% Service Connected Disabled with the VA. I will Recieve A 100% Rating for TDIU Total Disability Individual Unemployability. I have All The Resources needed through U.S. Dept. of Veterans Affairs.

I Ask To Be Granted EARLY Release Due to my Many Chronic Illness All Related to my Military Service to this Country When I was needed I Answered The Call of the United States. I Now Ask that Very Same Call to my Country The United States To Grant Me The Relief in which I Seek. To Hold All Accountable of ADA, VDA, and DOP 861.3. Federal & State Laws Violated against this Disabled Combat Veteran that is suppose to Protect Me.

I must add That The Ombudsmen Ms. Brown and Staff Are currently active in Retaliation against Me Refusing To Give Me The Response to my Grievance HCC-20-REG-000416

This is yet another Criminal act of Aiding the Misdeeds that Staff who Caused Harm to Me and My Disabilities.

I can not and will not stop until I Recieve Justice from This Unjust System within the Virginia Dept. of Corrections.

I Also Sent a Reasonable Accommodations Request To The Statewide Americans With Disabilities Coordinator B. MARANO. In Richmond No Response Nor Answer to that request I Have Provided a Copy to the Court.

Respectfully Submitted,

Casel F. Lucas

CASEL F. LUCAS
VSP# 1080673
4.A.87.B. HCC
421 BOARNfield Road
HAYNESVILLE, VA. 22472

Honorable Judge DAVID NOVAK
United States District Court
Eastern District of Virginia
701 East Board Street Suite 3000
Richmond, Virginia 23219-3528

Stipulate Settlement Agreement
Whorley etal v. Northam etal
Case NO: 3:20cv00255

NON Compliance Complaint

1) Correctional staff not wearing PPE mask.

2) Denied Chronic Care Respiratory Breathing Treatment by A Correctional Officer Not By medical staff.

3) IERP Is Discriminatory By Not Allowing Persons with Disabilities to Recieve the Program Benefits of Early Release Due to COVID 19

Judge DAVID NOVAK
United States District Court
Eastern District, Richmond VA.

Complaint of NON-Compliance.

The Pardon is Clearly ~~Futility~~ /Abled
COVID 19.

United States District Court
Eastern District of Virginia
701 East Broad St   Suite 3000
Richmond, Virginia 23219-3528