Abel F. Lucas
OP# 1080673
A-45-B · NCC
Barnfuel Road.
Leesville, VA. 22472



Honorable Judge
DAVID NOVAK
United States District Court
Eastern District of Virginia
701 EAST BROAD Street
Suite 3000
Richmond, Virginia 23219-3528

Notice of Substantial NON-Compliance
To The Stipulated Agreement
Whorely etal v. Northam etal,
Case No: 3:20cv00255

Legal Mail

VA DOC NEITHER
CENSORED NOR
INSPECTED




US POSTAGE :: PITNEY BOWES

$ 000.00⁰



RECEIVED
DEC 03 2020
HARNSVILLE CORRECTIONAL