January 15, 2021

Jeremy DeFour # 1127163
Buckingham Correctional Center
P.O. Box 430
Dillwyn, VA 23936

Honorable Judge, David J. Novak
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, VA 23219



RE: Request for release from prison due to Covid 19 and provisions in Case number 3:20 CV 255 (DJN), Brooke Whorley, et al v. Ralph Northam, et al.

Dear Judge:

    I contracted Covid 19 due to Virginia Department of Corrections overcrowding, not providing adequate PPE, sanitized restrooms and showers, not providing room for quarantine from positive cases and other inmates who have been exposed to positive cases.

    They rely on other inmates to protect me from contracting the virus by leaving sanitation up to them without any supervision.

    In my case there was a positive case in my living area. This positive case came in contact with several inmates in my living area. Once he was found positive VADOC staff would not provide me a place to isolate from these exposed inmates neither did they isolate these exposed inmates. Instead they forced me to eat trays served by these inmates, drink from the same fountain, and use the same shower as these inmates.

After testing negatives just days before this exposure I tested positive.

VADOC subjected me to dangerous conditions of confinement and because of this I suffered the physical pain and injury of COVID 19 and continue to suffer both physically and mentally and remain at risk of contracting COVID again.

COVID is a Deadly Virus and it is well known it does permanent damage to the lungs and other organs.

Since contracting the Virus I suffer pain and shortness of breath.

The VADOC was given a directive by the Governor to reduce the Prison Population.

However, the Governor has not supervised the VADOC to ensure this reduction, if it had I would have been considered and released as I have done almost 20 years on an excessive sentence of 40 years for a Robbery. Most malicious wounding, attempt murder, and 2nd Degree (and many first degree) get approximately 25 years or less.

I was given 40 years for one robbery of one store where no one was injured. My crime was to steal money while many crimes with the intention to steal a life gets a shorter sentence

2

There are several other inmates that contracted Covid due to the Unconstitutional Conditions in Virginia Dept of Corrections (namely Buckingham Correctional Center and other prisons) and because of VADOC's and the Governor's failure to reduce the prison population in a manor that would eliminate the dangerous conditions caused by the overcrowding of facilities in the time of this pandemic.

    I have had a Pardon Request before the Governor of Virginia since 2018, February.

    In this Pardon I layed out my positive accomplishments and the Extraordinary reasons to grant my Pardon and reduce my sentence. Due to my many positive accomplishments, and also, Due to the extreme risk I face due to the Prison Conditions in Virginia, to catch Covid again, and already catching Covid due to those conditions, my sentence should be reduced.

    Sincerly,

    [signature]

cc